IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TOM HESS,

     Plaintiff,       JUDGMENT IN A CIVIL CASE

v.

                Case No. 15-cv-391-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

     Defendant.

  This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, and dismissing this case.

   s/ V. Olmo, Deputy Clerk       12/21/2016
  Peter Oppeneer, Clerk of Court       Date